JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

JS-6

Attorney for: PLAINTIFF

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>SCOTT H. WHITESIDE,<br><br>            Defendant | No. CV 13-04448<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, United States Of America, against Defendant, Scott H. Whiteside, in the principal amount of $3,334.53 plus interest accrued to June 12, 2013, in the sum of $4,792.77; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**8,127.30**.

DATED: July 26, 2013          By: Terry Nafisi
                                  Clerk of the Court

                                  _____
                                  Deputy Clerk
                                  United States District Court